IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
Christopher L. Cash
340 Flowers Avenue
Pittsburgh, PA 15207

v.

Full name, title, and business address
of each defendant in this action:
1. Scott Bobak, Allegheny Co. Dept
436 Grant St #111
Pittsburgh, PA 15219

2. Andrew Mercer, Pittsburgh Police Dept.
2000 Centre Ave Zone 2
Pittsburgh, PA 15219

Use additional sheets, if necessary
Number each defendant.

19-1553

FILED
JAN 23 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? __Allegheny County Jail__

What sentence are you serving? __Pending__

What court imposed the sentence? __Pending__

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs __NA__

Defendants __NA__

2. Court (if federal court, name the district; if state court, name the county) and docket number
__NA__

3. Name of judge to whom case was assigned __NA__

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) __NA__

5. Approximate date of filing lawsuit __NA__

6. Approximate date of disposition __NA__

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where? __NA__
When? __NA__
Result: __NA__

III. What federal law do you claim was violated? __8th Amendment Punishments Forbidden__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: __2-23-2018__

B. Place of event: __5th Avenue at Moultrie St.__

C. Persons involved--name each person and tell what that person did to you: __Scott Bobak punched me several times in the face, threw me to the Ground__
__Andrew Mercer kicked me in the head several times__

_____
_____
_____
_____

V.  Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? __5th Avenue Pittsburgh At Moultrie St.__

and answer the following questions:

A.  Is there a prisoner grievance procedure in this institution?
    Yes ( )  No (✓)

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )  No (✓)

C.  If your answer is YES,

   1. What steps did you take? __NA__

   2. What was the result? __NA__

D.  If your answer is NO, explain why not: __This happen out custody__

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
    Yes ( )  No (✓)

F.  If your answer is YES,

   1. What steps did you take? __NA__

   2. What was the result? __NA__

VI.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

__Hold Officers Accountable for Actions and to grant 5.million dollars for emotion physical Damage__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

1-13-20
(Date)

_____
(Signature of Plaintiff)