IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER L. CASH,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER SCOTT BOBAK and ANDREW MERCER,<br><br>    Defendants. | Civil Action No. 19-1553<br><br>District Judge W. Scott Hardy<br>Magistrate Judge Patricia L. Dodge |

## ORDER OF COURT

AND NOW, this 24th day of September, 2021, IT IS HEREBY ORDERED that, as fully set forth in the Memorandum Opinion filed herewith, the Report and Recommendation issued on May 6, 2021 (Docket No. 91) is ACCEPTED AND ADOPTED IN PART, AND REJECTED IN PART.

IT IS FURTHER ORDERED THAT Scott Bobak's Motion for Summary Judgment (Docket No. 48) and Andrew Mercer's Motion for Summary Judgment (Docket No. 45) are both GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

                                                */s W. Scott Hardy*
                                                W. Scott Hardy
                                                United States District Judge

cc:    All counsel of record
         Christopher L. Cash (via U.S. Mail)